IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>　　Plaintiff,<br><br>*v.*<br><br>SECRETARY OF STATE, ADRIAN FONTES<br>1700 W Washington Street, Floor 7, Phoenix, AZ  85007<br><br>DONALD J. TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>　　Defendants. | Case No. 2:23-cv-01865-DLR |

**MOTION FOR CONTINUANCE**

Plaintiff John Anthony Castro, *pro se*, moves this Honorable Court to continue this hearing presently set for Tuesday, October 31, 2023, and move it to Tuesday, November 7, 2023.

This is Plaintiff's first request to continue any hearing.  It is based upon immovable scheduling conflicts that would prevent me personal physical attendance.

Plaintiff requested the other parties to state whether they object.  Defendant Donald John Trump stated that he does not consent to the continuance.  Defendant Secretary of State did not state a position.

Respectfully submitted,

Dated: September 27, 2023.　　　　　　　By:　 */s/ John Anthony Castro*

　　　　　　　　　　　　　　　　　　　　　John Anthony Castro
　　　　　　　　　　　　　　　　　　　　　12 Park Place
　　　　　　　　　　　　　　　　　　　　　Mansfield, TX  76063
　　　　　　　　　　　　　　　　　　　　　Tel. (202) 594 – 4344
　　　　　　　　　　　　　　　　　　　　　J.Castro@CastroAndCo.com

　　　　　　　　　　　　　　　　　　　　　Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

On September 27, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF.

*/s/ John Anthony Castro*
John Anthony Castro
