Timothy A. La Sota (Arizona SBN 020539)
**TIMOTHY A. LA SOTA, PLC**
2198 East Camelback Road, Suite 305
Phoenix, Arizona 85016
Telephone: (602) 515-2649
Email: tim@timlasota.com
*Attorney for Defendant Donald J. Trump*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE ADRIAN FONTES, and DONALD J. TRUMP,<br><br>Defendants. | Case No. 2:23-cv-01865-DLR<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING**<br><br>(assigned to the Honorable Douglas L. Rayes) |

Defendant Donald J. Trump urges this Court to deny Plaintiff's motion to continue the preliminary injunction hearing set for Tuesday, October 31, 2023 due to what Plaintiff asserts are "immovable scheduling conflicts that would prevent me personal physical attendance [sic]".

As Plaintiff indicated to counsel for Defendants by email, these "immovable scheduling conflicts" apparently stem simply from October 31 being Halloween. (Email attached). Defendant does not believe that the occasion of Halloween, which had to be known to Plaintiff when he agreed to the October 31, 2023 hearing, merits a continuance. And this is particularly true in a matter that Plaintiff commenced by demanding emergency relief on an *ex parte* basis and in which he seeks to bar the leading Republican candidate

1

from the ballot in a swing state—something that would have a profound effect on a national election.

**RESPECTFULLY SUBMITTED** this 27th day of September, 2023.

                                        **TIMOTHY A. LA SOTA, PLC**

By:   /s/ Timothy A. La Sota
        TIMOTHY A. LA SOTA
        2198 E. CAMELBACK RD., SUITE 305
        PHOENIX, ARIZONA 85016
        A*ttorney for Defendant Donald J. Trump*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for flinging and transmittal of a Notice of Electronic Filing, with a paper courtesy copy mailed to the Judge on the same day.

COPY of the foregoing
emailed this 27th day of September, 2023 to:

**John Anthony Castro**
12 Park Pl.
Mansfield, TX 76063
202-594-4344
Email: j.castro@castroandco.com
PRO SE

**Kara Karlson**
**Kyle Cummings**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-8118
Fax: 602-542-8308
Email: AdminLaw@azag.gov
Email: kyle.cummings@azag.gov
Attorneys for Arizona Secretary of State

/s/ Timothy A. La Sota

3

## Proposed Motion for Continuance to November 7

John Anthony Castro <j.castro@johncastro.com>
Tue 9/26/2023 4:23 PM

To:tim timlasota.com <tim@timlasota.com>;'adminlaw@azag.gov' <adminlaw@azag.gov>;'Kara.Karlson@azag.gov' <Kara.Karlson@azag.gov>;'Kyle.Cummings@azag.gov' <Kyle.Cummings@azag.gov>

Hi All,

I should have objected to an October 31 hearing during the conference call, but it is what it is.  October 31 is not a recognized federal holiday, but, as a parent of two young children, it is important.  I wanted to request we move the hearing to the following Tuesday, November 7.

Please state whether you consent or are opposed so I can file a Motion for Continuance and state everyone's position.



**John Anthony Castro**
2024 Republican Presidential Candidate
+1 202 594 4344 | J.Castro@JohnCastro.com

www.JohnCastroCo.com

