**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** September 25, 2023 |
| **Case Number:** CV-23-01865-PHX-DLR | |
| **Castro v. Fontes, et al.** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | John Castro (Pro Se) | Kyle Cummings |
| | | Kara Karlson |
| | | Tim LaSota |

**TELEPHONIC CONFERENCE:**

<u>4:28 a.m.</u> Convene. Parties present telephonically. Discussion held regarding the pending Motion for Preliminary Injunction (Doc. 11), and the Preliminary Injunction Hearing set for October 23, 2023. The parties inform the Court that they do not intend to pursue limited discovery in preparation for the Preliminary Injunction Hearing. The parties also agree that the Preliminary Injunction Hearing will not be an evidentiary hearing, and that only oral argument on the briefings will be heard. Accordingly, Plaintiff's Motion to Compel the In-Person Appearance of Defendant Trump at the Preliminary Injunction Hearing (Doc. 14) is WITHDRAWN.

The Court sets the following briefing schedule for the preliminary injunction motion, and any forthcoming motion(s) to dismiss the complaint:

- Defendants' motion(s) to dismiss and their responses to the preliminary injunction motion are due by October 13, 2023
- Plaintiff's reply to his preliminary injunction motion and his responses to the motion(s) to dismiss are due by October 20, 2023.
- Defendants' replies to their motion(s) to dismiss are due by October 25, 2023.
- The Preliminary Injunction Hearing is RESET for October 31, 2023, at 9:00 a.m.
- The parties are to notify the Court by October 23, 2023 if they agree to consolidating the Preliminary Injunction Hearing with the final trial on the merits.

<u>4:52 p.m.</u> Court is adjourned.

| | |
|---|---|
| Deputy Clerk: Robert Vasquez | **24 minutes** |
| Court Reporter: Jennifer Pancratz | **Start: 4:28 PM** |
| | **Stop: 4:52 PM** |