### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>    Plaintiff and Third-Party Defendant,<br><br>v.<br><br>SECRETARY OF STATE, ADRIAN FONTES<br>1700 W Washington Street, Floor 7, Phoenix, AZ  85007<br><br>DONALD J. TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>    Defendants. | Case No. 2:23-cv-01865 |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is given that Plaintiff John Anthony Castro in the above-captioned case hereby appeals to the United States Court of Appeals for the 9th Circuit.

Dated: December 5, 2023.        Respectfully submitted,

By: /s/ *John Anthony Castro*
John Anthony Castro
12 Park Place
Mansfield, TX  76063
(202) 594 – 4344
J.Castro@JohnCastro.com
**Plaintiff *Pro Se***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2023, a true and correct copy of the foregoing document was served upon counsel of record for Defendants through the Court's CM/ECF system.

_____
John Anthony Castro